UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 23-24054-CIV-MORENO

NIGEL FRANK DE LA TORRE PRADO,

    Plaintiff,

vs.

SVNP CORP. and SUVI THAI & SUSHI
HOMESTEAD, INC., *doing business as* SUVI
THAI & SUSHI,

    Defendants.
_____/

### ORDER DISMISSING CASE FOR FAILURE TO FILE VERIFIED CERTIFICATE OF COUNSEL REGARDING ANY PRIOR FILINGS UNDER THE AMERICANS WITH DISABILITIES ACT

On October 25, 2023, THE COURT ordered that Plaintiff's counsel must file a Verified Certificate of Counsel Regarding Any Prior Filings under the Americans with Disabilities Act on or before **November 6, 2023**. THE COURT stated that it would dismiss the case if counsel failed to file the required response by that deadline. As of November 8, 2023, Plaintiff's counsel has not filed the required response.

Therefore, it is

**ADJUDGED** that this Cause is **DISMISSED** without prejudice, with each party bearing its own fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th of November 2023.

*Federico A. Moreno*
_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record